E-filing

FILED
08 MAR 28 PM 3:01
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CV 08 1707

RAUL MOYERS   Plaintiff,

vs.

BEN CURRY   Defendant.

CASE NO. _____

PRISONER'S
APPLICATION TO PROCEED
IN FORMA PAUPERIS

PJH

(PR)

I, Raul Moyers, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: None     Net: None

Employer: None

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____ - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _Petitioner is incarcerated in California State_
5  _Prison, and does not have a pay number._
6  _____

7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9    a.  Business, Profession or           Yes ___  No _X_
10       self employment
11   b.  Income from stocks, bonds,        Yes ___  No _X_
12       or royalties?
13   c.  Rent payments?                    Yes ___  No _X_
14   d.  Pensions, annuities, or           Yes ___  No _X_
15       life insurance payments?
16   e.  Federal or State welfare payments, Yes ___  No _X_
17       Social Security or other govern-
18       ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____None_____
22  _____

23  3.  Are you married?                   Yes ___  No _X_
24  Spouse's Full Name: _None_
25  Spouse's Place of Employment: _None_
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $ _None_                Net $ _None_
28  4.  a.  List amount you contribute to your spouse's support: $ _None_

PRIS. APP. TO PROC. IN FORMA PAUPERIS, Case No. _____    - 2 -

1  b.  List the persons other than your spouse who are dependent upon you for
2     support and indicate how much you contribute toward their support. (NOTE:
3     For minor children, list only their initials and ages. DO NOT INCLUDE
4     THEIR NAMES.).
5  *None*

7  5.  Do you own or are you buying a home?  Yes ___  No X
8  Estimated Market Value: $ *N/A*  Amount of Mortgage: $_____
9  6.  Do you own an automobile?  Yes ___  No X
10 Make *N/A*  Year *N/A*  Model *N/A*
11 Is it financed? Yes *N/A* No *N/A*  If so, Total due: $ *N/A*
12 Monthly Payment: $ *N/A*
13 7.  Do you have a bank account?  Yes ___  No X  (Do not include account numbers.)
14 Name(s) and address(es) of bank: *None*

16 Present balance(s): $ *None*
17 Do you own any cash?  Yes ___  No X  Amount: $ *None*
18 Do you have any other assets? (If "yes," provide a description of each asset and its estimated
19 market value.)  Yes ___  No X

21 8.  What are your monthly expenses?
22 Rent: $ *N/A*  Utilities: *N/A*
23 Food: $ *N/A*  Clothing: *N/A*
24 Charge Accounts:

25 | Name of Account | Monthly Payment | Total Owed on This Acct. |
   | --- | --- | --- |
26 | *N/A* | $ *N/A* | $ *N/A* |
27 | *N/A* | $ *N/A* | $ *N/A* |
28 | *N/A* | $ *N/A* | $ *N/A*  9. Do |

Case Number: _____

CERTIFICATE OF FUNDS

IN

PRISONER'S ACCOUNT

I certify that attached hereto is a true and correct copy of the prisoner's trust account statement showing transactions of

<u>MOYERS  E17403</u>  for the last six months at
[prisoner name]

<u>CORRECTIONAL TRAINING FACILITY</u> where (s)he is confined.
[name of institution]

I further certify that the average deposits each month to this prisoner's account for the most recent 6-month period were $ <u>12.00</u> and the average balance in the prisoner's account each month for the most recent 6-month period was $ <u>4.94</u>.

Dated: <u>3-26-08</u>

<u>Brenda Nation, Acct Technician</u>
Authorized officer of the institution

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE.
ATTEST: 3-26-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY <u>Brenda Nation</u>
TRUST OFFICE
Acct Technician

4

```
REPORT ID: TS3030  .701                                          REPORT DATE: 03/26/08
                                                                 PAGE NO:           1
                    CALIFORNIA DEPARTMENT OF CORRECTIONS
                          CTF SOLEDAD/TRUST ACCOUNTING
                          INMATE TRUST ACCOUNTING SYSTEM
                          INMATE TRUST ACCOUNT STATEMENT

                    FOR THE PERIOD: OCT. 27, 2007 THRU MAR. 26, 2008

ACCOUNT NUMBER  : E17403                    BED/CELL NUMBER: CFFWT2000000252L
ACCOUNT NAME    : MOYERS, RAUL FRANK                        ACCOUNT TYPE: I
PRIVILEGE GROUP : A

                          TRUST ACCOUNT ACTIVITY

        TRAN
DATE    CODE  DESCRIPTION       COMMENT      CHECK NUM   DEPOSITS    WITHDRAWALS    BALANCE
----    ----  -----------       -------      ---------   --------    -----------    -------
10/27/2007    BEGINNING BALANCE                                                        0.00

11/08*DD30    CASH DEPOSIT                   1479 78136      45.00                    45.00
11/13 FC01    DRAW-FAC 1        1537 ML                                    45.00       0.00
ACTIVITY FOR 2008
03/04*DD30    CASH DEPOSIT                   2839 68697      27.00                    27.00
03/18 W536    COPAY CHARGE                   3040 23469                     5.00      22.00

                          * RESTITUTION ACCOUNT ACTIVITY

DATE SENTENCED: 04/12/89                    CASE NUMBER: A593540
COUNTY CODE: LA                             FINE AMOUNT: $   5,000.00

DATE    TRANS.  DESCRIPTION                               TRANS. AMT.      BALANCE
----    ------  -----------                               -----------      -------
10/27/2007      BEGINNING BALANCE                                          2,968.57

11/08/07  DR30  REST DED-CASH DEPOSIT                          50.00-      2,918.57
03/04/08  DR30  REST DED-CASH DEPOSIT                          30.00-      2,888.57

* THIS STATEMENT DOES NOT REFLECT THE ADMINISTRATIVE FEE CHARGE THAT *
* IS EQUAL TO TEN PERCENT OF THE RESTITUTION AMOUNT COLLECTED.       *

                          TRUST ACCOUNT SUMMARY

BEGINNING       TOTAL           TOTAL           CURRENT       HOLDS        TRANSACTIONS
BALANCE         DEPOSITS        WITHDRAWALS     BALANCE       BALANCE      TO BE POSTED
---------       --------        -----------     -------       -------      ------------
    0.00          72.00           50.00          22.00          0.00           0.00

                                                           CURRENT
                                                         AVAILABLE
                                                           BALANCE
                                                         ---------
                                                             22.00
```

CORRECTIONAL TRAINING FACILITY
P.O. BOX 686
SOLEDAD, CA  93960
ATTN: TRUST OFFICE

THE WITHIN INSTRUMENT IS A CORRECT
COPY OF THE TRUST ACCOUNT MAINTAINED
BY THIS OFFICE
ATTEST: 3-26-08
CALIFORNIA DEPARTMENT OF CORRECTIONS
BY _____
TRUST OFFICE
Acct Technician